UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

```
IN RE:                                    CASE NO. 06 B 12722
  CORRINE F REAVLEY
                                          CHAPTER 13

                                          JUDGE: JOHN H SQUIRES

       Debtor
  SSN XXX-XX-5333
```

---
                    TRUSTEE'S FINAL REPORT AND ACCOUNT
---

   Glenn Stearns, Chapter 13 Standing Trustee, submits the following
Final Report and Account of the administration of the estate pursuant to
11 USC 1302(b)(1).

   1.  The case was filed on 10/05/06 and confirmed on 12/15/06.

   2.  The case was converted to Chapter 7 after confirmation, 09/24/2008.

   3.  The Debtor paid a total of $  10083.00 .

   4.  The Trustee made disbursements to creditors as follows:

---

| CREDITOR NAME | CLASS | CLAIM AMOUNT | INTEREST PAID | PRINCIPAL PAID |
|---|---|---|---|---|
| NATIONAL CITY MORTGAGE | CURRENT MORTG | .00 | .00 | .00 |
| NATIONAL CITY MORTGAGE | MORTGAGE ARRE | 13600.97 | .00 | 4091.55 |
| CREDIT ACCEPTANCE CORP | SECURED VEHIC | 7373.89 | 839.41 | 3382.68 |
| WELLS FARGO FINANCIAL AC | SECURED VEHIC | .00 | .00 | .00 |
| HOUSEHOLD FINANCE CORP I | SECURED | 142.00 | 3.20 | 142.00 |
| TRADEWINDS | SECURED | 1700.00 | 157.64 | 474.81 |
| NELNET FOR COLLEGE ACCES | SPECIAL CLASS | 16645.84 | .00 | .00 |
| NICOR GAS | UNSECURED | NOT FILED | .00 | .00 |
| TCF BANK | UNSECURED | NOT FILED | .00 | .00 |
| FREEDMAN ANSELMO LINDBER | UNSECURED | NOT FILED | .00 | .00 |
| NATIONAL CITY MORTGAGE | SECURED | .00 | .00 | .00 |
| COUNTRYWIDE HOME LOANS | UNSECURED | NOT FILED | .00 | .00 |
| ROBERT MALENIUS DDS | UNSECURED | NOT FILED | .00 | .00 |
| ILLINOIS DEPT REVENUE | PRIORITY | 133.56 | .00 | .00 |

        Summary of disbursements:
---

|  | SECURED | PRIORITY | UNSECURED | OTHER | TOTAL |
|---|---|---|---|---|---|
| TOTAL CLMS ALLOWED | 22816.86 | 133.56 | 16645.84 | .00 | 39596.26 |
| PRINCIPAL PAID | 8091.04 | .00 | .00 | .00 | 8091.04 |
| INTEREST PAID | 1000.25 | .00 | .00 | .00 | 1000.25 |
| TOTAL PAID | 9091.29 | .00 | .00 | .00 | 9091.29 |

The Debtor's attorney, LAVELLE LEGAL SERVICES     , was allowed $   3000.00
and was paid $   2500.00   direct and $    500.00  through the plan.

The Trustee received $    491.71 .

Refunds to the Debtor totaled $       .00 .

   Wherefore, the Trustee requests an order be entered discharging
the Trustee and the surety on his bond from any further liability

in this case.

Dated: 01/22/09                    /S/
                                   GLENN STEARNS
                                   CHAPTER 13 TRUSTEE